**Opinion issued June 6, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00283-CV

———————————

**REGINA MEEKS, Appellant**

**V.**

**GILLMAN OF FORT BEND, INC. D/B/A GILLMAN HONDA, Appellee**

On Appeal from the 295th District Court
Harris County, Texas
Trial Court Case No. 2022-68814

## MEMORANDUM OPINION

Appellant Regina Meeks attempts to appeal from the trial court's judgment signed on February 2, 2024. Instead of filing a notice of appeal, appellant filed an appellant's brief. Although the filing of appellant's brief demonstrates a bona fide attempt to invoke this Court's appellate jurisdiction, appellant needed to file an

amended notice of appeal. *See Warwick Towers Council of Co-Owners ex rel. St. Paul Fire & Marine Ins. Co. v. Park Warwick, L.P.*, 244 S.W.3d 838, 839 (Tex. 2008) (explaining court of appeals has jurisdiction over appeal if party files instrument "in a bona fide attempt to invoke appellate court jurisdiction"); *Grand Prairie I.S.D. v. Southern Parts Imports, Inc.*, 813 S.W.2d 499, 500 (Tex. 1991) (providing that party should be given opportunity to amend defective perfecting instrument before court of appeals dismisses appeal). On May 9, 2024, we notified appellant to file an amended notice of appeal within 10 days. *See* TEX. R. APP. P. 25.1(g), 37.1. Although she filed another appellant's brief, appellant has not filed an amended notice of appeal or otherwise responded to our notice.

Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.